### HARVARD.

A town having a right to send two representatives, at a meeting called to elect a person to represent the inhabitants in the general court, elected a member, and then voted to choose another, and thereupon elected a second; the election of the latter was held good.

THE election of Jonathan Wetherbee, returned a member from the town of Harvard, which was entitled to send two members, was controverted by Henry Bromfield and others, on the ground, that, at a meeting held in said town for the purpose of electing a person to represent the same in the general court, Isaiah Parker was elected, and then the inhabitants voted to choose another representative, and elected the said Wetherbee; whereas "there was no article in the warrant which authorized the said inhabitants to elect more than one representative."[1]

The committee on elections, to whom the case was referred, do not appear to have made any report upon it. [Their silence, and the acquiescence of the house, afford a strong presumption, that the objection was regarded as groundless.]

[1] 27 J. H. 43.

## 1807—1808.

### COMMITTEE ON ELECTIONS.

Messrs. *Edward Bangs*, of Worcester, *Laban Wheaton*, of Norton, *Caleb B. Hall*, of Buckstown, *Samuel H. Wheeler*, of Lanesborough and New Ashford, *Charles Davis*, of Boston.